UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| LETTY SANTOS | § | No. 5:15-cv-65 |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| PERFECTION COLLECTION, LLC, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

"NOW COMES the Plaintiff, LETTY SANTOS, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days."

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Dated: May 7, 2015

Respectfully Submitted,

By:/s/ Ryan Lee
 Ryan Lee
Attorneys for Plaintiff
Krohn & Moss, Ltd.
10474 Santa Monica Blvd. Suite 405
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: (866) 861-1390
rlee@consumerlawcenter.com

1

NOTICE OF SETTLEMENT

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2015, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

s/ Ryan Lee _<br>Ryan Lee<br>Attorney for Plaintiff